UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                       :
SYLINIA JACKSON, ON BEHALF OF                          :
HERSELF AND ALL OTHER PERSONS                          :
SIMILARLY SITUATED,                                    :
                                                       :   No.: 1:25-cv-2951
            Plaintiffs,                                :
                                                       :   **NOTICE OF VOLUNTARY**
        v.                                             :   **DISMISSAL**
                                                       :
CIRO PAONE NEW YORK, INC.,                             :
                                                       :
            Defendant.                                 :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, CIRO PAONE NEW YORK, INC.


Dated:   New York, New York
         June 26, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge